United States District Court
Eastern District Of Louisiana

Civil Action No: _____

Kenneth Washington Jr.

Section _____

15-2238

SECT. S MAG. 2

vs

Jefferson Parish Sheriff Dept.
   Det. N. Morse
   Det. G. Kister
   Sgt. A. Wilkie
   Det. J. Waguespack
   Det. W. Whittington
   Det. S. Lee
   Newell Normand

TENDERED FOR FILING

JUN 18 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_Kenneth Washington Jr_ (signature)

6/17/2015
Date

PARTIES:

Petitioners herein is Kenneth Washington, Jr., a person of full age of majority and a citizen of the United States of America, residing in the Parish of Jefferson, State of Louisiana.

Made defendants herein are:

a. Newell Normand, a person of the full age of majority and a resident of the Eastern District of Louisiana. He is and was at all relevant times the Criminal Sheriff of Jefferson Parish. He is and was at all relevant times responsible for the hiring, training, supervision, discipline, and control of the deputies under his command as well as the supervision, administration, policies, practices, customs and operations of the Jefferson Parish Sheriff's Office. He is responsible, through its officers, employees, servants and agents, for enforcing the regulations and standards of conduct for the Jefferson Parish Sheriff's Office and for ensuring that its officers, employees, servants and agents obey the laws of the State of Louisiana and the United States. He is a final policymaker. He is being sued herein in his individual and official capacities. He is liable directly and vicariously for the actions complained of herein;

b. Jefferson Parish Sheriff's Office, a political subdivision of the Parish of Jefferson, State of Louisiana, which is responsible for the hiring, training, supervision, discipline and control of the deputies as well as the supervision, administration, policies, practices, customs and operations of the office. The Jefferson Parish Sheriff's Office is directly and vicariously liable for the actions complained of herein; and,

c. Det N. Morse, a person of the full age of majority and a resident of the Eastern District of Louisiana. He is and was at all relevant times employed by the Jefferson Parish Sheriff's Office. He is liable directly and vicariously for the actions complained of herein;

d. Det. G. Kister, an individual over the age of majority, at all pertinent times serving as an officer in Jefferson Parish Sheriff's Office, in his official capacity and personally.

e. SGT. A. Wilkie, an individual over the age of majority, at all pertinent times serving as an officer in Jefferson Parish Sheriff's Office, in his official capacity and personally.

f. Det. J. Waguespack, an individual over the age of majority, at all pertinent times serving as an officer in Jefferson Parish Sheriff's Office, in his official capacity and personally.

g. Det. W. Whittington, an individual over the age of majority, at all pertinent times serving as an officer in Jefferson Parish Sheriff's Office, in his official capacity and personally.

h. Det. S. Lee, an individual over the age of majority, at all pertinent times serving as an officer in Jefferson Parish Sheriff's Office, in his official capacity and personally.

Hi, my name is Kenneth Washington Jr. I have a formal compliant that I am here today fileing against Jefferson Parish Sheriff Dept. for excessive force which resulted with personal injuries. This incident happened on the 17th day of June in the year of 2014. Prior to the incident I was admitted to West Jefferson Hospital for dehydration earlier that morning about 11:30 a.m. I was taken to back placed on a IV until about 2:15 pm. After I recieved all medical treatment I was discharged and released home. On departure from hospital I had my children mother whom I had to drop off at her house 5 min away. After I dropped her off I felt weak again so I proceeded to go and get me a bite to eat from WACas Soulfood I remember looking at my watch the time said 2:35 I was worried if they were closed at 3:00 so along I went. I left from 6121 Adam Dr at about 2:45 which

The food spot is about another 3mins away. As I approach a four way stop sign at Second Lion and Buccola in Marrero, LA I come to a complete stop because I see a Black Tourous to my left and according to Driving when you a another approaches a four way stop at same time the person to left has right away so I stopped and waited. To me the car looked to go straight but then made a last minute right turn which look like they were going to head on into me so out of natural reflex I made my right turn and moved out of way. After I pulled off I looked in my mirror and seen the car at a complete because the car that was behind me almost took the head on when I moved. From what I seen In back of me I thought they were arguing so I continued on as I come to the next stop sign at Buccola and Acres Rd. I made a left and quick rite on to Silver Lilly. I drove down Silver lilly because I changed my mind on what I wanted to eat when I approached the next stop sign I check my review I happen to see the same car Black Tourous speeding up behind

Again as if it were going to hit me so I pull of and this car is riding my tail in a uncomfortable manner so I start proceeding to my neighborhood where I felt comfortable at on my whole route dis car was behind me so when I turn on to Ames I see no car behind me so I make a turn on Happy St. at this time I notice a black Impala speed up behind me unmarked no lights dark tint riding my rear in a this time I don't know if someone trying to car jack me rob me or whatever cause may be so now I'm trying to get around people I know and I nervous not knowing who behind me or what they wanted so I drove at a safe speed bumping my horn to alert people that someone was behind me. So as I was going I notice a trail of cars behind me in process of me looking back I hit a garbage can and a mail box but when I saw enough people outside I pulled over. When I opened my door I realize it was the police so I threw my hands up to reveal

I had no weapons or drug, also to show that I just got out of hospital. They ran up on me and told me I was on my way back to hospital threw me down on ground put me in handcuffs and beat me, mased me, stumped me, and hit me in eye with gun because they say I was trying to escape. That last lick busted my eye and made my bowermovement on myself. I was denied medical treatment on scene and Deputies ranking officer force them to bring me to hospital because JPCC would take me in In-Take with those injuries.

   Wherefore, Petitioner, Kenneth Washington Jr., individually, request that this Complaint be filed and the defendants be duly cited and served with a copy of this Complaint and that all legal delays by law have elapsed and due proceeding had, that there be judgement herein in favor of Petitioner, Kenneth Washington Jr individually and against all Defendants for such sums as will be proven at the trial of this matter, including, but not limited to, compensatory damages, punitive damages, reasonable attorney fees, court fees, pre- and post-judgment interest and for all

equitable relief which he is entitled

Respectfully submitted by

_____
Kenneth Washington

Date: 6/19/2015

6152 Singleton Dr
Marrero, LA 70072
504-347-1601
504-402-4990

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Kenneth Washington, Jr.

**(b)** County of Residence of First Listed Plaintiff: Jefferson Parish
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

### DEFENDANTS
Newell Normand, Jefferson Parish Sheriff's Office, Det. W. Morse, Det. O. Kister, Sgt. A. Wilkie, Det. J. Waguespack, Det. W. Whittington, Det. S. Lee

County of Residence of First Listed Defendant: Jefferson Parish
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**15-2238 SECT. S MAG. 2**

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 1983
Brief description of cause: Civil Rights

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: 6/17/2015
SIGNATURE OF ATTORNEY OF RECORD: Pro Se

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____